# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 19, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152889(75)

BETTINA WINKLER, by her next friends
HELGA DAHM WINKLER and MARVIN
WINKLER,
      Plaintiff-Appellant,

v

MARIST FATHERS OF DETROIT, INC., d/b/a
NOTRE DAME PREPARATORY HIGH
SCHOOL AND MARIST ACADEMY,
      Defendant-Appellee.
_____/

SC: 152889
COA: 323511
Oakland CC: 2014-141112-CZ

On order of the Chief Justice, the motion of defendant-appellee to file Appendix 5 of its answer under seal is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 19, 2016



Clerk